# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIAM ARMSTRONG

NO. 2021 KW 0646

**OCTOBER 1, 2021**

---

In Re:    William Armstrong, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 11-17-0091.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

> **PMc**
> **JEW**
> **MRT**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT